

```
                                              FILED

                                              NOV 10 2011

                                         CLERK, U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF CALIFORNIA
                                         BY _____
                                                   DEPUTY CLERK
```

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   DOUGLAS HEALD

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) Case No. 10-474-WBS
                                  )
11              Plaintiff,        ) STIPULATION AND PROPOSED ORDER TO
                                  ) ALLOW TEMPORARY RELEASE OF
12       v.                       ) PASSPORT AND INTERNATIONAL TRAVEL
                                  )
13 DOUGLAS HEALD (2),              ) Judge:  Hon. Dale A. Drozd
                                  )
14              Defendant.        )
                                  )
15 _____

16      The United States of America, by Jared Dolan, Assistant United
17 States Attorney, together with defendant, Douglas Heald, by counsel,
18 Michael Petrik, Jr., stipulate that the Court should order temporary
19 release of Mr. Heald's passport to him, and to modify the conditions of
20 release to allow brief international travel with his family over the
21 Thanksgiving holiday weekend.  Pretrial Services has no objection to this
22 stipulation, and has a copy of Mr. Heald's travel itinerary.
23      The parties stipulate that Mr. Heald may retrieve his passport from
24 the Clerk Of The Court on Thursday, November 17, 2011, and return the
25 passport to the Clerk or his Pretrial Services Officer on Monday,
26 November 28, 2011.
27 / / /
28 STIPULATION AND PROPOSED ORDER         1                      10-474-WBS

1      The parties stipulate that Mr. Heald may travel outside of the
2  United States, to foreign countries that neighbor the American Virgin
3  Islands only, during the time that he has temporary possession of his
4  passport.

6  Dated: November 9, 2011         Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender

11  Dated: November 9, 2011        BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M.Petrik for

                                      _____
                                      JARED DOLAN
                                      Assistant U.S. Attorney

## O R D E R

17      For the reasons stated above, the Court orders temporary release of
18  Mr. Heald's passport to him from November 17, 2011, to November 28, 2011.
19  The Court also orders the conditions of release to allow brief
20  international travel as the parties stipulate. All other conditions of
21  release will remain in effect.

23  Dated: 11/9/11

                                      HON. DALE A. DROZD
                                      United States Magistrate Court