1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   DOUGLAS HEALD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10-474-WBS |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER TO ALLOW TEMPORARY RELEASE OF |
| v. | ) PASSPORT AND INTERNATIONAL TRAVEL |
| DOUGLAS HEALD, | ) Judge: Edmund F. Brennan |
| Defendant. | ) |

   The United States of America, by Jared Dolan, Assistant United States Attorney, together with defendant, Douglas Heald, by counsel, Michael Petrik, Jr., stipulate that the Court should order temporary release of Mr. Heald's passport to him, and to modify the conditions of release to allow brief international travel to Mexico for business purposes. Pretrial Services has no objection to this stipulation, and has a copy of Mr. Heald's travel itinerary provided by Mr. Heald.

   The parties stipulate that Mr. Heald may retrieve his passport from the Clerk Of The Court on January 17, 2012, and return the passport to the Clerk or his Pretrial Services Officer on January 24, 2012.

/ / /

/ / /

STIPULATION AND PROPOSED ORDER                1                           10-474-WBS

The proposed schedule with respect to the temporary return of Mr. Heald's passport will allow Mr. Heald to travel on January 18 and 23, 2012. The conference in Mexico begins on January 19, 2012, and ends January 23, 2012.

Dated: January 5, 2012              Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender

Dated: January 5, 2012              BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for
                                    _____
                                    JARED DOLAN
                                    Assistant U.S. Attorney

## O R D E R

For the reasons stated above, the Court orders temporary release of Mr. Heald's passport to him from January 17, 2012, to January 24, 2012. The Court also orders the conditions of release to allow brief international travel as the parties stipulate. All other conditions of release will remain in effect.

Dated:  January 5, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE