1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  No. 10-474-02 WBS
                                     )
11                Plaintiff,         )  APPLICATION AND [PROPOSED] ORDER
                                     )  TO CONTINUE SENTENCING TO APRIL
12       v.                          )  1, 2013, AT 9:30 A.M.
                                     )
13  DOUGLAS HEALD,                   )  Date:  December 10, 2012
                                     )  Time:  9:30 a.m.
14                Defendant.         )  Judge: Hon. William B. Shubb
                                     )
15  _____  )

16

17       This matter is before the Court on December 10, 2012, at 9:30
18  a.m., for sentencing.  Counsel for the defense requires a continuance
19  to April 1, 2013, at 9:30 a.m., to arrange the presentence interview,
20  and to prepare for sentencing.  After consultation with defense
21  counsel, Assistant United States Attorney Jared Dolan has no objection
22  to the defense request to continue the sentencing to April 1, 2013, at
23  9:30 a.m.
24       The modified disclosure schedule follows:
25  Reply Or Statement Of Non-Opposition:. . . . . . . . . March 25, 2013;
26  Motion For Correction Of The Presentence Report
    Filed With The Court And Served On The Probation
27  Officer And Opposing Counsel No Later Than:. . . . . . March 18, 2013;
28
    [PROPOSED] ORDER                    1                        10-474 WBS

```
The Presentence Report Filed With The Court And
Disclosed To Counsel No Later Than:. . . . . . . . . . March 11, 2013;

Counsel's Written Objections To The Presentence
Report Delivered To The Probation Officer
And Opposing Counsel No Later Than:. . . . . . . . . . March 4, 2013;

The Proposed Presentence Report due:. . . . . . . . February 18, 2013.
```

Good cause appearing therefor,

**IT IS ORDERED** that this matter be continued from December 10, 2012, at 9:30 a.m., to April 1, 2013, at 9:30 a.m.; and,

**IT IS ORDERED** that the parties adhere to the modified disclosure schedule outlined above.

Dated:  December 5, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE