```
1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    ) No. 10-474-02 WBS
                                )
11            Plaintiff,        ) APPLICATION AND [PROPOSED] ORDER
                                ) TO CONTINUE SENTENCING TO OCTOBER
12      v.                      ) 7, 2013, AT 9:30 A.M.
                                )
13 DOUGLAS HEALD,               ) Date:  August 26, 2013
                                ) Time:  9:30 a.m.
14            Defendant.        ) Judge: Hon. William B. Shubb
                                )
15 _____)
```

16

17       This matter is before the Court on August 26, 2013, at 9:30 a.m.,

18  for sentencing.  Counsel for the defense requires a continuance to

19  October 7, 2013, at 9:30 a.m., to prepare for sentencing.  Government

20  counsel does not oppose this request in light of his unavailability due

21  to jury trial commitments.  After consultation, United States Probation

22  has no objection to the request.

23       The modified disclosure schedule follows:

24  Reply Or Statement Of Non-Opposition:. . . . . . . September 30, 2013;

25  Motion For Correction Of The Presentence Report
    Filed With The Court And Served On The Probation
26  Officer And Opposing Counsel No Later Than:. . . . September 23, 2013;

27

28  [PROPOSED] ORDER                    1                          10-474 WBS

```
The Presentence Report Filed With The Court And
Disclosed To Counsel No Later Than:. . . . . . . . September 16, 2013;

Counsel's Written Objections To The Presentence
Report Delivered To The Probation Officer
And Opposing Counsel No Later Than:. . . . . . . . September 9, 2013;
```

　　　Good cause appearing therefor,

　　**IT IS ORDERED** that this matter be continued from August 26, 2013, at 9:30 a.m., to October 7, 2013, at 9:30 a.m.; and,

　　**IT IS ORDERED** that the parties adhere to the modified disclosure schedule outlined above.

Dated:　July 15, 2013

_(signed)_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE